issued to William Johnson, and transferred to Victor Streicher.

PER CURIAM. Order reversed, with $10 costs and disbursements, on opinion in Matter of Cullinan, Certificate of Kray (decided herewith) 81 N. Y. Supp. 567. Order to be settled before Mr. Justice HIRSCHBERG.

In re CULLINAN, State Excise Com'r. (Supreme Court, Appellate Division, Second Department. April 13, 1903.) In the matter of the application of Patrick W. Cullinan, as state commissioner of excise, for an order revoking and canceling liquor tax certificate No. 3,609, issued to George Arkenan.

PER CURIAM. Order reversed, with $10 costs and disbursements, on opinion in Matter of Cullinan, Certificate of Kray (decided herewith) 81 N. Y. Supp. 567. Order to be settled before Mr. Justice HIRSCHBERG.

In re CULLINAN, State Excise Com'r. (Supreme Court, Appellate Division, Second Department. April 13, 1903.) In the matter of the application of Patrick W. Cullinan, as state commissioner of excise, for an order revoking and canceling liquor tax certificate No. 3,613, issued to Henry Koster.

PER CURIAM. Order reversed, with $10 costs and disbursements, on opinion in Matter of Cullinan, Certificate of Kray (decided herewith) 81 N. Y. Supp. 567. Order to be settled before Mr. Justice HIRSCHBERG.

CULLINAN v. WALDRON et al. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Patrick W. Cullinan against Edward Waldron and another. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

CULVER, Respondent, v. CITY OF YONKERS, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Action by Hannah J. Culver against the city of Yonkers. No opinion. Motion denied, with $10 costs.

DAVENPORT, Respondent, v. FICKEN, Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1902.) Action by Henry B. Davenport against Richard Ficken. No opinion. Judgment and order affirmed, with costs.

In re DAVIS. (Supreme Court, Appellate Division, Third Department. May 6, 1903.) In the matter of the petition of George S. Davis for an order revoking and canceling liquor tax certificate No. 30,280, issued to De Witt C. Judson. No opinion. Order unanimously affirmed, with costs.

DAVIS, Respondent, v. SUPREME COUNCIL, A. L. H., Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Action by Mary A. Davis against the Supreme Council, American Legion of Honor. No opinion. Judgment reversed on argument, and new trial granted; costs to abide the final award of costs.

DAVIS, Appellant, v. WALTERS, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 24, 1903.) Action by Nelson Davis against William Walters.

PER CURIAM. Judgment and order of county court reversed, with costs, and judgment of justice's court affirmed, with costs. Held, that the evidence in justice's court was amply sufficient to sustain the verdict of the jury.

DEVANEY, Respondent, v. DEGNON-McLEAN CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) Action by Bartholomew Devaney against the Degnon-McLean Construction Company. No opinion. Motion denied.

DIEBOLD v. WALTER et al. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Louise Diebold against Anna Walter and others. No opinion. Motion denied.

DI MARCO, Appellant, v. PAPIETT, Respondent. (Supreme Court, Appellate Division, Second Department. March 20, 1903.) Action by Domenico Di Marco against Joseph W. Papiett. No opinion. Order affirmed, with $10 costs and disbursements.

DINEEN, Appellant, v. HUGHES, Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Action by Bridget Dineen against Nicholas J. Hughes. No opinion. Order setting aside verdict and granting new trial affirmed, with costs.

DOHERTY, Respondent, v. ONEITA KNITTING MILL, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 24, 1903.) Action by Michael Doherty against the Oneita Knitting Mill.

PER CURIAM. Judgment and order reversed, with costs to the appellant to abide event. Held, that the plaintiff was to be charged with knowledge of the location and character of defendant's fan; also, held, that it was contrary to the evidence for the jury to find, as it must have done, that plaintiff did not know that the fan was or might be in motion at the time of the accident, and to find that he was free from contributory negligence in coming in contact with the same.

DOLFINI, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 13, 1903.) Action by Peter D. Dolfini against the Erie Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

WOODWARD, J., dissents.

DONNELLY, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. March 6, 1903.) Action by Anne Donnelly against the city of New York. D. F. Kiely, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with costs.